IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN RHODES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AA – OK BAIL BONDING CO. OF )<br>GWINNETT, AND CHARLES RHEA )<br>SHAW, III, )<br>)<br>Defendants. )<br>_____) | Civil Action No.:<br><br>1:11-cv-00984-RWS<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Karen Rhodes and Defendants AA – OK Bail Bonding Co. of Gwinnett and Charles Rhea Shaw, III, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A(ii), dismiss this lawsuit with Prejudice. The parties have agreed to settle this lawsuit and have entered into a settlement agreement. A proposed Order is attached for the Court's convenience as Exhibit A.

Respectfully submitted this 19th day of January, 2012.

1

| BARRETT & FARAHANY, LLP | ATKINS & FIFE, LLC |
|---|---|
| s/ Michael Cohen<br>Michael Cohen<br>Georgia Bar No. 274813<br>Amanda A. Farahany<br>Georgia Bar No. 646135<br>BARRETT & FARAHANY, LLP<br>1100 Peachtree Street, N.E.<br>Suite 500<br>Atlanta, GA 30309<br>Tel: (404) 214-0120<br>michael@bf-llp.com<br>amanda@bf-llp.com | s/ William J. Atkins<br>William J. Atkins<br>Georgia Bar No. 027060<br>David B. Fife<br>Georgia Bar No. 259871<br>ATKINS & FIFE, LLC<br>6400 Powers Ferry Road<br>Suite 355<br>Atlanta, GA 30339<br>(404) 969-4130<br>bill@atkinsfife.com<br>david@atkinsfife.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN RHODES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | 1:11-cv-00984-RWS |
| AA – OK BAIL BONDING CO. OF ) | |
| GWINNETT, AND CHARLES RHEA ) | JURY TRIAL DEMANDED |
| SHAW, III, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing ***Stipulation of Dismissal With Prejudice*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>William J. Atkins
>David B. Fife
>ATKINS & FIFE, LLC
>6400 Powers Ferry Road, Suite 355
>Atlanta, GA  30339

This 19th day of January, 2012.

>s/ Michael Cohen
>Michael Cohen
>Georgia Bar No. 274813

3